## United States District Court for the Northern District of Illinois

Case Number: 08cv496                    Assigned/Issued By: j. n.

Judge Name: Kendall                     Designated Magistrate Judge: Valdez

---

### FEE INFORMATION

*Amount Due:*   ☑ $350.00     ☐ $39.00      ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                         Receipt #: 2483028

Date Payment Rec'd: 1-23-08              Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

2 Original and 2 copies on 1-23-08 as to all defendants
                           (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05