AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois

V.

J.P. HOLDINGS, INC., an Illinois corporation, and JAMES P. HALLBERG, individually

CASE NUMBER: **08 C 496**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

J.P HOLDINGS, INC.
c/o JAMES P. HALLBERG
6640 S. CICERO AVE.
4th FLOOR
BEDFORD PARK, IL 60638

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COSTON & RADEMACHER
105 W. ADAMS, SUITE 1400
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 23, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 1-29-08  6:00 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Milazzo | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6640 S. Cicero Bedford Park, Il (Joe Amodeo) M/W/5'-8"/170 lbs.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $100 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-30-08
                    Date

Signature of Server

Address of Server:
221 N. LaSalle St /100
Chgo Il 60601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.