**FILED**
FEB 19 2008
2-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois,<br>　　　　　　　　　　　*Plaintiffs*,<br>vs.<br>J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually,<br>　　　　　　　　　　　*Defendant*. | Case No.　　08 C 496<br><br>Judge Kendall<br><br>Magistrate Judge Valdez |

### APPEARANCE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**J.P. Holdings, Inc., an Illinois Corporation
and
James P. Hallberg**

| Name: | Michael J. Raiz | | |
|---|---|---|---|
| Signature: | /s/ | | |
| Firm: | Newman Raiz, LLC | | |
| Street Address: | Two First National Plaza, 20 South Clark Street, Suite 1510 | | |
| City/State/Zip: | Chicago, Illinois 60603 | E-mail: | mjraiz@nrhlaw.com |
| ID Number: | Illinois 6220425 | Telephone Number: | (312) 580-9000 |
| Are you acting as Lead Counsel in this Case? | | Yes | |
| Are you acting as Local Counsel in this Case? | | No | |
| Are you a member of this Court's Trial Bar? | | No; Application to be Filed | |
| If this case reaches trial, will you act as the Trial Attorney? | | Yes | |
| If this is a criminal case, check the box below that describes your status: | | Not applicable | |