08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES RIVER ASSOCIATES, INC., a )
Massachusetts corporation authorized to transact )   Case No:   08 C 496
business in Illinois, )
                        *Plaintiffs*, )   Judge Kendall
vs. )
                         )   Magistrate Judge Valdez
J.P. Holdings, Inc., an Illinois corporation, and )
JAMES P. HALLBERG, individually, )
                        *Defendant.* )

**MOTION TO ENLARGE TIME**

NOW COMES the Defendants J.P. HOLDINGS, an Illinois corporation, and JAMES P. HALLBERG, individually by and through its Attorney Michael J. Raiz of Newman Raiz, L.L.C., and for its Motion to Enlarge Time in which to file Responsive Pleading to the Complaint, states as follows:

1. That Plaintiff has filed its complaint in this matter seeking damages against the Defendants as a result of an alleged breach of contract and/or quantum meruit.

2. That Attorney Michael J. Raiz of Newman Raiz LLC has only recently retained to represent the interests of the Defendants.

3. That upon review of documentation provided to Counsel for Defendants, there are meritorious defenses as to the issues raised in Plaintiff's complaint.

4. That Counsel will require additional time to complete his investigation and research before submitting a responsive pleading to the Complaint.

5. That upon information and belief, Plaintiff has not and will not be prejudiced by this motion for enlargement.

6. Defendants do not submit this motion for purposes of undue delay.

Wherefore, Defendant AMERICAN SERVICE INSURANCE COMPANY requests this Honorable Court grant a 28 day extension of time in which to file its responsive pleadings to Plaintiff's complaint.

Respectfully submitted,
NEWMAN RAIZ, LLC

By: _____
Michael J. Raiz

I affirm under the penalties of perjury that the foregoing representations are true.

_____
Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendant*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax