*HHK*

08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois,<br><br>        Plaintiffs,<br><br>vs.<br><br>J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually,<br><br>        Defendant. | Case No:    08 C 496<br><br>Judge Kendall<br><br>Magistrate Judge Valdez |

To:   Patricia E. Rademacher - 06205831
      Maysoun Iqul - 005855
      COSTON & RADEMACHER
      105 W. Adams, Suite 1400
      Chicago, Illinois 60603

**FILED**
JN
FEB 1 9 2008
2-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF AGREED MOTION TO ENLARGE TIME**

PLEASE TAKE NOTICE that on Tuesday, February 26, 2008 at 9:00 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall, or any Judge sitting in her place or stead in Courtroom 2319 of the Dirksen Federal Courthouse, located at 219 S. Dearborn, in Chicago, Illinois and shall then and there present Plaintiff's Agreed Motion to Enlarge Time to file its responsive pleading to Plaintiff's complaint, a copy of which is served upon you.

                                Respectfully submitted,
                                NEWMAN RAIZ, LLC

                                By: _____
                                    Michael J. Raiz

Dated: February 19, 2008

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendant*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax

## PROOF OF SERVICE

I, Michael J. Raiz, hereby certify that on January 19, 2008, I caused copies of the *Notice of Agreed Motion and Agreed Motion to Enlarge Time* to be filed with the Clerk of Court. Copies of these filings were also sent via facsimile on this date to the party listed below:

> Patricia E. Rademacher - 06205831
> Maysoun Iqul - 005855
> COSTON & RADEMACHER
> 105 W. Adams, Suite 1400
> Chicago, Illinois 60603
> (312) 205-1010
> (312) 205-1011 (facsimile)

Signed and certified by: _____
                                    Michael J. Raiz