Case 1:08-cv-00496  Document 13  Filed 03/11/2008  Page 1 of 5

08-701-3787

**FILED**
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois, <br><br> Plaintiffs, <br><br> vs. <br><br> J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually, <br><br> Defendant. | Case No:  08 C 496 <br><br> Judge Kendall <br><br> Magistrate Judge Valdez |

To:   Patricia E. Rademacher - 06205831
      Maysoun Iqul - 005855
      COSTON & RADEMACHER
      105 W. Adams, Suite 1400
      Chicago, Illinois 60603

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on Tuesday, March 11, 2008 the Defendants J.P. HOLDINGS, INC., an Illinois Corporation and JAMES P. HALLBERG filed their Answers to Plaintiff's Complaint, copies of which are served upon you.

                                    Respectfully submitted,
                                    NEWMAN RAIZ, LLC

Dated: March 11, 2008               By: _____
                                         Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendants*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax

## PROOF OF SERVICE

I, Michael J. Raiz, hereby certify that on March 11, 2008, I caused copies of the Defendants Answers to Plaintiff's Complaint and this Notice of Motion to be filed with the Court. Copies of these filings were also sent via US Mail, postage prepaid to the party listed below:

Patricia E. Rademacher - 06205831
Maysoun Iqul - 005855
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, Illinois 60603
(312) 205-1010
(312) 205-1011 (facsimile)

Signed and certified by: _____
Michael J. Raiz

FILED

08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois,<br>                                              *Plaintiffs*,<br>vs.<br>J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually,<br>                                                *Defendant.* | Case No:   08 C 496<br><br>Judge Kendall<br><br>Magistrate Judge Valdez |

**ANSWER**

NOW COMES the Defendant J.P. HOLDINGS, an Illinois corporation, by and through its Attorney Michael J. Raiz of Newman Raiz, L.L.C., and for its Answer to Plaintiff's Complaint, states as follows:

NATURE OF ACTION

1. Defendant denies the allegations contained in Paragraph 1.

JURSDICATION

2. Defendant admits the allegations contained in Paragraph 2.

3. Defendant admits the allegations contained in Paragraph 3.

4. Defendant admits the allegations contained in Paragraph 4.

5. Defendant admits that the allegations of the complaint speak for themselves. Defendant denies all remaining allegations.

6. Defendant denies the allegations contained in Paragraph 6.

7. Defendant denies the allegations contained in Paragraph 7.

## COUNT I – BREACH OF CONTRACT

8. Defendant admits that the retention letter speaks for itself. Defendant denies the remaining allegations contained in Paragraph 8.

9. Defendant admits that Agreement speaks for itself. Defendant denies any further allegations or conclusions arising therefrom.

10. Defendant denies the allegations contained in Paragraph 10.

11. Defendant denies the allegations contained in Paragraph 11.

12. Defendant admits that the Document speaks for itself. Defendant denies any further allegations or conclusions arising therefrom.

13. Defendant denies the allegations contained in Paragraph 13.

## COUNT II – QUANTUM MERUIT

14. Defendant realleges and incorporates each and every answer asserted in Paragraphs 1 through 13, of the Complaint as if fully set forth herein.

15. Defendant denies the allegations contained in Paragraph 15.

16. Defendant denies the allegations contained in Paragraph 16.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a cause of action as to the Defendant.

2. Plaintiff has failed to mitigate damages.

3. The contract is not enforceable as to Defendant.

4. Recovery is barred by the Statute of Frauds.

5. Defendant reserves the right to amend and supplement its affirmative defenses to conform to the proofs.

Wherefore, Defendant J.P. HOLDINGS, INC. respectfully request this Honorable Court to dismiss Plaintiff's complaint with prejudice with costs, and for any and all other relief as this Honorable Court deems fair and just.

                                            Respectfully submitted,
                                            NEWMAN RAIZ, LLC

                                            By: _____
                                                     Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendant*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax