08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 11 2008
Mar 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois, | Case No:   08 C 496 |
| Plaintiffs, | Judge Kendall |
| vs. | |
| J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually, | Magistrate Judge Valdez |
| Defendant. | |

### ANSWER

NOW COME the Defendants JAMES P. HALLBERG, individually by and through his Attorney Michael J. Raiz of Newman Raiz, L.L.C., and for his Answer to Plaintiff's Complaint, states as follows:

### NATURE OF ACTION

1. Defendant denies the allegations contained in Paragraph 1.

### JURISDICATION

2. Defendant admits the allegations contained in Paragraph 2.

3. Defendant admits the allegations contained in Paragraph 3.

4. Defendant admits that he is a citizen of the State of Illinois. Defendant denies the remaining allegations contained in Paragraph 4.

5. Defendant admits that the allegations of the complaint speak for themselves. Defendant denies all remaining allegations.

6. Defendant denies the allegations contained in Paragraph 6.

7. Defendant denies the allegations contained in Paragraph 7.

## COUNT I – BREACH OF CONTRACT

8. Defendant admits engaging the services of non-party, Schwartz, Cooper, Greenberger & Krauss, and that the retention letter speaks for itself. Defendant denies the remaining allegations contained in Paragraph 8.

9. Defendant admits that Agreement speaks for itself. Defendant denies any further allegations or conclusions arising therefrom.

10. Defendant denies the allegations contained in Paragraph 10.

11. Defendant denies the allegations contained in Paragraph 11.

12. Defendant admits that the Document speaks for itself. Defendant denies any further allegations or conclusions arising therefrom.

13. Defendant denies the allegations contained in Paragraph 13.

## COUNT II – QUANTUM MERUIT

14. Defendant realleges and incorporates each and every answer asserted in Paragraphs 1 through 13, of the Complaint as if fully set forth herein.

15. Defendant denies the allegations contained in Paragraph 15.

16. Defendant denies the allegations contained in Paragraph 16.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a cause of action as to the Defendant.

2. Plaintiff has failed to mitigate damages.

3. The contract is not enforceable as to Defendant.

4. Recovery is barred by the Statute of Frauds.

5. Defendant reserves the right to amend and supplement its affirmative defenses to conform to the proofs.

Wherefore, Defendant JAMES P. HALLBERG respectfully request this Honorable Court to dismiss Plaintiff's complaint with prejudice with costs, and for any and all other relief as this Honorable Court deems fair and just.

                                        Respectfully submitted,
                                        NEWMAN RAIZ, LLC

                                        By: _____
                                                 Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendant*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax