UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC.; a Massachusetts corporation authorized to transact business in Illinois, </br></br>  Plaintiff, </br></br> v. </br></br> J. P. HOLDINGS, INC., an Illinois corporation, and JAMES P. HALLBERG, individually, </br></br>  Defendants. | ) ) ) ) ) ) ) ) Case No. 2008-C-00496 ) ) ) ) ) ) |

## JOINT INITIAL STATUS REPORT

1. Pursuant to Fed.R.Civ.P.26(f), the following parties conferred via telephone on March 18, 2008:

        Maysoun B. Iqal:        for Charles River Associates, Inc.

        Michael J. Raiz:        for James P. Hallberg and J.P. Holdings, Inc.

2. **Counsel of record and lead trial attorneys:**

For Plaintiff:        Patricia E. Rademacher (lead trial attorney)
        Maysoun B. Iqal
        Coston & Rademacher
        105 W. Adams – Suite 1400
        Chicago, Illinois 60603
        Telephone: (312) 205-1010

For Defendants James P. Hallberg:    Michael J. Raiz (lead trial attorney)
and J.P. Holdings, Inc.        Newman Raiz LLC
        Two First National Plaza
        20 South Clark Street, Suite 200
        Chicago, Illinois 60603
        Telephone: (312) 580-9000

3. **Basis for federal jurisdiction:** The court allegedly has jurisdiction over the lawsuit

under 28 U.S.C. § 1332(a)(1) because the plaintiff and the defendants are alleged to be citizens of different states and the amount in controversy exceeds $75,000.00, excluding interest and costs.

4.  **Nature of the claims and counterclaims:** This action arises out of Defendants' refusal and failure to pay for expert witness costs and services incurred by non-party Intecap, (who has been acquired by Plaintiff). Both Defendants have filed an answer in this matter, and their answer contains affirmative defenses, which allege that Plaintiff fails to state a cause of action, that Plaintiff has failed to mitigate damages, that the contract is not enforceable as to Defendants and that recovery is barred by the Statute of Frauds.

5.  **Names of parties not served:** All Parties Have Been Served.

6.  **Principle legal issues:** Whether Defendants are contractually liable to Plaintiff for the fees incurred by Plaintiff for services rendered on behalf of Defendants. If Defendants are contractually liable to Plaintiff, whether Defendants breached their contract with Plaintiff. Whether Schwartz, Cooper, Greenberger & Krauss was operating as an agent of the Defendants when the retention letter with Plaintiff was signed.

7.  **Principal factual issues:** The principal factual issues in this case involve who retained Plaintiff's services, who is liable for payment of those services, whether there was a valid contract between Plaintiff and Defendant, whether Defendant breached their contract with Plaintiff, whether Plaintiff had an opportunity to mitigate damages and the extent of Plaintiff's damages.

8.  **Jury trial:** Neither party has requested or expects a jury trial.

9.  **Description of discovery requested and exchanged:** No discovery has been requested at this time and the parties anticipate that only standard discovery requests will be necessary. The parties expect to propound written fact discovery, and Plaintiff and Defendants may take between one and three depositions each.

10. **Earliest trial date:** August 15, 2008

11. **Probable length of trial:** One day.

12. **Magistrate Judge:** Both parties consent to proceed before a Magistrate Judge.

13. **Settlement discussions:** Negotiations have commenced upon the parties speaking to prepare the Joint Initial Status Report.

Date: March 20, 2008

By: /s/   Maysoun B. Iqal_____
Maysoun B. Iqal
Counsel for Charles River Associates, Inc.

By: /s/   Michael J. Raiz_____
Michael J. Raiz
Counsel for James P. Hallberg and J.P. Holdings, Inc.