**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Charles River Associates, Inc.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−00496
                                                   Honorable Virginia M. Kendall

J. P. Holdings, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

       MINUTE entry before Judge Honorable Virginia M. Kendall:Status hearing held on 3/25/2008. Parties consent to proceed before Magistrate Judge Valdez. Court to prepare order of reassignment. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.