UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHARLES RIVER ASSOCIATES, INC.;** a Massachusetts corporation authorized to transact business in Illinois,<br><br>        **Plaintiff,**<br><br>v.<br><br>**J. P. HOLDINGS, INC.,** an Illinois corporation, and **JAMES P. HALLBERG,** individually,<br><br>        **Defendants.** | Case No. 2008-C-00496 |

### NOTICE OF MOTION

To:   Michael J. Raiz
      Newman Raiz, LLC
      Two First National Plaza
      20 South Clark Street, Suite 200
      Chicago, Illinois  60603

    **PLEASE TAKE NOTICE THAT** on the 9th day of April, 2008 at 9:45 a.m., we shall appear before the Honorable Judge Maria Valdez presiding in Room 1300 at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, 60604 and then and there present Plaintiff's Motion to Strike Affirmative Defenses, a copy of which is attached hereto and herewith served upon you.

                                   CRA INTERNATIONAL, INC.,
                                   a Massachusetts corporation authorized
                                   to transact business in Illinois

                   By:   /s/  Maysoun B. Iqal
                            One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010

## CERTIFICATE OF SERVICE

I, Maysoun B. Iqal, an attorney, certify that I served a copy of this Certificate of Service and attached Notice of Motion and Motion to Strike Defendants' Affirmative Defenses via electronic delivery on the ECF system and First Class mail to: Michael J. Raiz, Newman Raiz, LLC, Two First National Plaza, 20 South Clark Street, Suite 200, Chicago, Illinois 60603, by causing said documents to be placed into a properly addressed envelope and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on April 2, 2008.

CRA INTERNATIONAL, INC.,
a Massachusetts corporation authorized
to transact business in Illinois


By:   /s/  Maysoun B. Iqal
         One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010