08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois, | ) ) ) ) | Case No:   08 C 496 |
| *Plaintiffs*, | ) | Judge Kendall |
| vs. | ) ) | Magistrate Judge Valdez |
| J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually, | ) ) | |
| *Defendant*. | ) | |

To:   Patricia E. Rademacher - 06205831
       Maysoun Iqul - 005855
       COSTON & RADEMACHER
       105 W. Adams, Suite 1400
       Chicago, Illinois  60603

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on Monday, April 28, 2008 the Defendant JAMES P. HALLBERG filed its Amended Answer to Plaintiff's Complaint, a copy of which are served upon you.

                                    Respectfully submitted,
                                    NEWMAN RAIZ, LLC

Dated: April 28, 2008         By: _____/S/_____
                                              Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendants*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax

**PROOF OF SERVICE**

I, Michael J. Raiz, hereby certify that on April 28, 2008, I caused copies of the Defendant Amended Answer to Plaintiff's Complaint and this Notice of Filing to be filed with the Court. Copies of these filings were also sent via US Mail, postage prepaid to the party listed below:

    Patricia E. Rademacher - 06205831
    Maysoun Iqul - 005855
    COSTON & RADEMACHER
    105 W. Adams, Suite 1400
    Chicago, Illinois  60603
    (312) 205-1010
    (312) 205-1011 (facsimile)

Signed and certified by: _____/S/_____
                                     **Michael J. Raiz**