**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Charles River Associates, Inc.
                    Plaintiff,

v.                                           Case No.: 1:08−cv−00496
                                                  Honorable Maria Valdez

J. P. Holdings, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable Maria Valdez:Initial status hearing is set before Magistrate Judge Maria Valdez on 5/13/08 at 9:30 a.m., in Courtroom 1300. Parties shall deliver a copy of an initial status report, to chambers, Room 1318, four business days before the initial status hearing. The parties must follow the format for an Initial Status Report found on the Judge's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408−5135 for a copy. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.