UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Charles River Associates, Inc.
                            Plaintiff,

v.                                          Case No.: 1:08−cv−00496
                                                Honorable Maria Valdez

J. P. Holdings, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Maria Valdez:Magistrate Judge Status hearing held on 5/13/2008 and continued to 7/31/2008 at 09:30 a.m. Court inquire about settlement. Plaintiff shall file its motion to strike affirmative defense by 5/19/08. Defendants' response to be filed by 6/9/08. Oral argument on motion to be set at a later date. Fact discovery cutoff by 8/12/2008.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.