08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois, | ) ) ) | Case No:    08 C 496 |
| *Plaintiffs*, | ) | Judge Kendall |
| vs. | ) ) | Magistrate Judge Valdez |
| J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually, | ) ) | |
| *Defendant*. | ) | |

To:   Patricia E. Rademacher - 06205831
      Maysoun Iqul - 005855
      COSTON & RADEMACHER
      105 W. Adams, Suite 1400
      Chicago, Illinois  60603

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on Tuesday, June 3, 2008, the Defendants JAMES P. HALLBERG and J.P. HOLDINGS, INC., an Illinois Corporation filed their Motion to Strike Plaintiff's Motions to Strike Defendants' Affirmative Defenses or, in the Alternative, Motion for Additional Time to Respond to Plaintiff's Motions to Strike Affirmative Defenses, a copy of which are served upon you.

                              Respectfully submitted,
                              NEWMAN RAIZ, LLC

Dated: June 3, 2008           By: _____/S/_____
                                         Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendants*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax

**PROOF OF SERVICE**

I, Michael J. Raiz, hereby certify that on June 3, 2008, I caused copies of the Defendants' Motion to Strike Plaintiff's Motions to Strike Defendants' Affirmative Defenses or, in the Alternative, Motion for Additional Time to Respond to Plaintiff's Motions to Strike Affirmative Defenses and this Notice of Filing to be filed with the Court. Copies of these filings were also sent via US Mail, postage prepaid to the party listed below:

    Patricia E. Rademacher - 06205831
    Maysoun Iqul - 005855
    COSTON & RADEMACHER
    105 W. Adams, Suite 1400
    Chicago, Illinois  60603
    (312) 205-1010
    (312) 205-1011 (facsimile)

Signed and certified by: _____/S/_____
                              **Michael J. Raiz**