# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 C 496 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Charles River Associates, Inc. vs. J.P. Holdings, Inc, et al | | |

**DOCKET ENTRY TEXT**

Defendants' Motion to Strike Plaintiff's Motions to Strike Affirmative Defenses of Defendants J.P. Holdings, Inc. and James P. Hallberg or, in the Alternative, Motion for Additional Time to Respond to Plaintiff's Motions to Strike Affirmative Defenses [32] are stricken without prejudice.

■ [ For further details see text below.]      Docketing to mail notices.

**STATEMENT**

On May 13, 2008, this Court set a briefing schedule on Plaintiff's motion to strike Defendants' affirmative defenses. Pursuant to the schedule, the motion was to be filed by May 19 and the response by June 9. On June 3, 2008, Defendants filed the present Motion to Strike Plaintiff's Motions to Strike Affirmative Defenses of Defendants J.P. Holdings, Inc. and James P. Hallberg or, in the Alternative, Motion for Additional Time to Respond to Plaintiff's Motions to Strike Affirmative Defenses [Doc. No. 32].

Defendants' motions are stricken without prejudice for their failure to comply with (1) Local Rule 5.3(b)'s requirement that all motions must be accompanied by a notice of presentment; and (2) this Court's standing order that all motions must include an express statement of the movant's efforts to meet and confer pursuant to Local Rule 37.2.