08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois,<br>  *Plaintiffs*,<br>vs.<br><br>J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually,<br>  *Defendant*. | Case No:    08 C 496<br><br>Judge Kendall<br><br>Magistrate Judge Valdez |

To:   Patricia E. Rademacher - 06205831
      Maysoun Iqul - 005855
      COSTON & RADEMACHER
      105 W. Adams, Suite 1400
      Chicago, Illinois  60603

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, June 17, 2008 at 9:45 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Maria Valdez, or any Judge sitting in her place or stead in Courtroom 1300 of the Dirksen Federal Courthouse, located at 219 S. Dearborn, in Chicago, Illinois and shall then and there present Defendant's Motion to Strike, a copy of which is served upon you.

                                        Respectfully submitted,
                                        NEWMAN RAIZ, LLC

Dated: June 9, 2008          By: _/S/ Electronically Filed_____
                                        Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendant*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax

## PROOF OF SERVICE

I, Michael J. Raiz, hereby certify that on June 9, 2008, I caused copies of the *Notice and Motion to Strike* to be filed electronically via the Court's CM/ECF System. Copies of these filings were also sent via facsimile on this date to the party listed below:

>Patricia E. Rademacher - 06205831
>Maysoun Iqul - 005855
>COSTON & RADEMACHER
>105 W. Adams, Suite 1400
>Chicago, Illinois  60603
>(312) 205-1010
>(312) 205-1011 (facsimile)

Signed and certified by: _/S/ Electronically Filed _____
**Michael J. Raiz**