08-701-3787

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois, | ) ) ) | Case No:    08 C 496 |
| *Plaintiffs*, | ) | Judge Kendall |
| vs. | ) ) | Magistrate Judge Valdez |
| J.P. Holdings, Inc., an Illinois corporation, and JAMES P. HALLBERG, individually, | ) ) | |
| *Defendant*. | ) | |

To:   Patricia E. Rademacher - 06205831
      Maysoun Iqul - 005855
      COSTON & RADEMACHER
      105 W. Adams, Suite 1400
      Chicago, Illinois  60603

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on June 17, 2008, the Defendant JAMES P. HALLBERG filed his Response to Plaintiff's Motion to Strike Affirmative Defenses, a copy of which are served upon you.

                                  Respectfully submitted,
                                  NEWMAN RAIZ, LLC

Dated: June 17, 2008        By: _____/S/_____
                                              Michael J. Raiz

Michael J. Raiz – 6220425 (Illinois)
NEWMAN RAIZ, LLC
*Attorneys for Defendants*
Two First National Plaza
20 South Clark Street, Suite 200
Chicago, Illinois 60603
(312) 580-9000; (312) 580-9111 fax

**PROOF OF SERVICE**

I, Michael J. Raiz, hereby certify that on June 17, 2008, I caused copies of the Defendant's Response to Plaintiff's Motion to Strike Affirmative Defenses and this Notice of Filing to be filed with the Court. Copies of these filings were also sent via US Mail, postage prepaid to the party listed below:

>Patricia E. Rademacher - 06205831
>Maysoun Iqul - 005855
>COSTON & RADEMACHER
>105 W. Adams, Suite 1400
>Chicago, Illinois 60603
>(312) 205-1010
>(312) 205-1011 (facsimile)

Signed and certified by: _____/S/_____
                                          **Michael J. Raiz**