**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charles River Associates, Inc.
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−00496
                                                    Honorable Maria Valdez

J. P. Holdings, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 17, 2008:

   MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing on discovery held on 6/17/2008. Court hereby strikes Defendants' motion linked to document no. [35]. Document number [35] shall remain as a response. Defendant is given leave to file their amended response to plaintiff's motions to strike [30] and [31] promptly. Plaintiff's reply shall be filed 14 days after the filing of defendant's amended response. Court will deny defendants' request for discovery to respond to plaintiff's motion to strike [30] and [31]. Court will rule by mail. Mailed notice(yp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.