UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC.; a Massachusetts corporation authorized to transact business in Illinois, <br><br> Plaintiff, <br><br> v. <br><br> J. P. HOLDINGS, INC., an Illinois corporation, and JAMES P. HALLBERG, individually, <br><br> Defendants. | Case No.  08-C-496 |

## WITHDRAWAL OF DOCUMENT MOTION TO STRIKE AFFIRMATIVE DEFENSES OF DEFENDANTS J.P. HOLDINGS, INC. AND JAMES P. HALLBERG

**NOW COMES** the Plaintiff, CHARLES RIVER ASSOCIATES, INC. ("CRA"), by and through its attorneys, Coston & Rademacher, and withdraws its Motions to Strike Affirmative Defenses of Defendants J.P. Holdings, Inc. and James P. Hallberg.


Respectfully Submitted,

CHARLES RIVER ASSOCIATES, INC.,

By:   /s/  Maysoun B. Iqal
        One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010

## **CERTIFICATE OF SERVICE**

      I, Maysoun B. Iqal, an attorney, certify that I served a copy of this Certificate of Service and attached Withdrawal of Motion to Strike via electronic delivery on the ECF system and First Class mail to: Michael J. Raiz, Newman Raiz, LLC, Two First National Plaza, 20 South Clark Street, Suite 200, Chicago, Illinois 60603, by causing said documents to be placed into a properly addressed envelope and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on June 25, 2008.

                                                       CHARLES RIVER ASSOCIATES, INC.,
                                                       a Massachusetts corporation authorized
                                                       to transact business in Illinois

                                       By:   /s/ Maysoun B. Iqal
                                                       One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010