UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES RIVER ASSOCIATES, INC.; a Massachusetts corporation authorized to transact business in Illinois,<br><br>   Plaintiff,<br><br>v.<br><br>J. P. HOLDINGS, INC., an Illinois corporation, and JAMES P. HALLBERG, individually,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-C-496<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSES TO DEFENDANT JAMES P. HALLBERG'S AFFIRMATIVE DEFENSES

COMES NOW Plaintiff, CHARLES RIVER ASSOCIATES, INC. ("CRA"), by and through their attorneys, Coston & Rademacher, and files their Response to Defendant JAMES P. HALLBERG'S Affirmative Defenses, and states as follows:

### FIRST DEFENSE

Plaintiff failed to mitigate damages.

RESPONSE: Plaintiff, CRA, denies the allegations contained in Defendant's First Affirmative Defense and further states that since the work was already performed by Plaintiff, there was no opportunity to reduce or review the number of hours billed. Furthermore, Plaintiff was not obligated to mitigate damages by any agreement, contractual or otherwise.

## SECOND DEFENSE

Plaintiff incurred unauthorized charges.

RESPONSE: Plaintiff, CRA, denies the allegations contained in Defendant's Second Affirmative Defense and further states that as Defendant's agent, Schwartz, Cooper, Greenberger & Krauss, authorized the work done by Plaintiff and Plaintiff did not exceed the scope of its representation.

## THIRD DEFENSE

Plaintiff lacks standing.

RESPONSE: Plaintiff, CRA, denies the allegations contained in Defendant's Third Affirmative Defense and further states that on April 30, 2004, CRA acquired Intecap, Inc. and InteCap, Inc. is no longer a legal entity.

## FOURTH DEFENSE

Plaintiff failed to name InteCap, Inc. as a necessary party.

RESPONSE: Plaintiff, CRA, denies the allegations contained in Defendant's Fifth Affirmative Defense and further states that InteCap, Inc. was a former FL corporation. InteCap, Inc. is inactive and because CRA acquired InteCap, Inc., CRA is the proper party for purposes of this litigation.

WHEREFORE, Plaintiff, CHARLES RIVER ASSOCIATES, INC., a Massachusetts corporation authorized to transact business in Illinois, prays that its responses to the Affirmative Defenses of Defendant JAMES P. HALLBERG, an Illinois corporation, be considered and for such further legal and equitable relief as this Court deems appropriate.

                                                                                         CHARLES RIVER ASSOCIATES, INC.,
a Massachusetts corporation authorized
to transact business in Illinois

By: /s/ Maysoun B. Iqal
      One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010

CERTIFICATE OF SERVICE

      I, Maysoun B. Iqal, an attorney, certify that I served a copy of this Certificate of Service and attached Response via electronic delivery on the ECF system and First Class mail to: Michael J. Raiz, Newman Raiz, LLC, Two First National Plaza, 20 South Clark Street, Suite 200, Chicago, Illinois 60603, by causing said documents to be placed into a properly addressed envelope and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on June 25, 2008.

                                                CRA INTERNATIONAL, INC.,
                                                a Massachusetts corporation authorized
                                                to transact business in Illinois

                                    By:   /s/ Maysoun B. Iqal
                                                  One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010