UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charles River Associates, Inc.
                        Plaintiff,

v.                                    Case No.: 1:08−cv−00496
                                              Honorable Maria Valdez

J. P. Holdings, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Maria Valdez: Pursuant to Plaintiff's withdraw of documents [45], Plaintiff's Motion to Strike Affirmative Defenses of Defendants J.P. Holdings, Inc. and James P. Hallberg [30] and [31] are withdrawn. All pending deadlines on said motions are hereby terminated. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.