UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CHARLES RIVER ASSOCIATES, INC.;** )
**a Massachusetts corporation authorized to** )
**transact business in Illinois,** )
                                               )
    **Plaintiff,** )
                                               )
v.                                             )   Case No.   08-C-496
                                               )
**J. P. HOLDINGS, INC., an Illinois** )
**corporation, and JAMES P. HALLBERG,** )
**individually,** )
                                               )
    **Defendants.** )

**STIPULATION OF DISMISSAL OF J.P. HOLDINGS, INC.**

**NOW COMES** the Plaintiff, CHARLES RIVER ASSOCIATES, INC., by and through its attorneys, Coston & Rademacher, and the Defendant J.P. HOLDINGS, INC., by and through it attorneys, Newman Raiz, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) hereby agrees to dismiss the instant complaint as to Defendant J.P. Holdings, Inc. only.


By:    /s/   Maysoun B. Iqal_____
        Maysoun B. Iqal
        Counsel for Charles River Associates, Inc.
        Coston & Rademacher
        105 W. Adams, Suite 1400
        Chicago, IL  60603
        Telephone:  (312) 205-1010


By:    /s/   Michael J. Raiz_____
        Michael J. Raiz
        Counsel for James P. Hallberg and J.P. Holdings, Inc.
        Newman Raiz, LLC
        Two First National Plaza
        20 South Clark Street, Suite 1510
        Chicago, Illinois  60603
        Telephone:  (312) 580-9000

**CERTIFICATE OF SERVICE**

      I, Maysoun B. Iqal, an attorney, certify that I served a copy of this Certificate of Service and attached Stipulation of Dismissal via electronic delivery on the ECF system and First Class mail to: Michael J. Raiz, Newman Raiz, LLC, Two First National Plaza, 20 South Clark Street, Suite 1510, Chicago, Illinois 60603, by causing said documents to be placed into a properly addressed envelope and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on July 25, 2008.

                              CHARLES RIVER ASSOCIATES, INC.,
                              a Massachusetts corporation authorized
                              to transact business in Illinois

                    By:  /s/ Maysoun B. Iqal
                                  One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010